**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
MONETARY MANAGEMENT OF
CALIFORNIA, INC. dba MONEY MART

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BARTON,<br><br>Plaintiff,<br><br>vs.<br><br>MONEYMART, MONETARY MANAGEMENT OF CALIFORNIA, INC. AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No. 2:18-CV-00975-MCE-KJN<br><br>**STIPULATION AND ORDER STAYING ACTION PENDING ARBITRATION**<br><br>*Assigned to:*<br>District Judge Morrison C. England, Jr.<br>*Referred to:*<br>Magistrate Judge Kendall J. Newman |

Plaintiff AARON BARTON ("Barton") and Defendant MONETARY MANAGEMENT OF CALIFORNIA, INC. dba MONEY MART ("Defendant"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, on or about January 13, 2018, Barton and Defendant entered into a Deferred Deposit Transaction Agreement (the "Agreement"), whereby the Parties agreed to arbitrate any covered disputes arising from the Agreement;

WHEREAS, Money Mart is not a separate and distinct entity from Defendant, but rather a trade name used by Defendant;

///

WHEREAS, on or around June 18, 2018, Defendant filed an Answer asserting an affirmative defense that this action is precluded from being adjudicated in this forum based on the Agreement (Docket No. 18, at 11 ["Ninth Affirmative Defense"]);

NOW, THEREFORE, the Parties stipulate as follows:

1. This above-entitled action shall be resolved in binding arbitration as set forth in the Agreement; and

2. This action shall be stayed pending the outcome of arbitration.

**IT IS SO STIPULATED.**

DATED: August 22, 2018  **SAGARIA LAW, P.C.**

By: */s/ Elliot Gale*
(as authorized on August 22, 2018)
ELLIOT GALE
*Attorneys for Plaintiff*
AARON BARTON

DATED: August 22, 2018  **BLANK ROME LLP**

By: */s/ Ana Tagvoryan*
Ana Tagvoryan
*Attorneys for Defendants*
MONETARY MANAGEMENT OF
CALIFORNIA, INC. dba MONEY MART

# ORDER

Pursuant to the stipulation of the parties as set forth in the above Agreement; and this action shall be stayed pending the outcome of arbitration. Not later than every sixty (60) days after the date this Order is electronically filed, the parties shall submit in writing a joint status report advising the Court of the status of the arbitration.

IT IS SO ORDERED.

Dated: October 11, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE