**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Hilary F. Korman (admitted *pro hac vice*)
hkorman@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:    212.885.5000
Facsimile:    212.885.5001

*Attorneys for Defendant*
MONETARY MANAGEMENT OF
CALIFORNIA, INC. dba MONEY MART

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| AARON BARTON,<br><br>            Plaintiff,<br><br>     v.<br><br>MONEYMART, MONETARY MANAGEMENT OF CALIFORNIA, INC. AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>            Defendants. | Case No. 2:18-CV-00975-MCE-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>*Assigned to:*<br>District Judge Morrison C. England, Jr.<br>*Referred to:*<br>Magistrate Judge Kendall J. Newman |

   Plaintiff Aaron Barton and Defendant Monetary Management of California, Inc. dba Money Mart, by and through their undersigned counsel, stipulate to dismiss this matter in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own costs and attorneys' fees.

150758.00606/122140150v.1

STIPULATION OF DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
|   | **GALE ANGELO JOHNSON & PRUETT, P.C.**  |
|   | By: */s/ Elliot W. Gale* <br> (as authorized on November 1, 2019) <br> Elliot W. Gale <br> *Attorneys for Plaintiff* <br> AARON BARTON |
| Dated: November 1, 2019 | **BLANK ROME LLP** |
|   | By: */s/ Ana Tagvoryan* <br> Ana Tagvoryan <br> Hilary F. Korman <br> *Attorneys for Defendant* <br> MONETARY MANAGEMENT OF <br> CALIFORNIA, INC. dba MONEY MART |

**ORDER (L.R. 143)**

**IT IS SO ORDERED.**

Dated: November ____, 2019

_____
Hon. Morrison C. England, Jr.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On November 1, 2019, I caused to be electronically filed the foregoing document entitled **STIPULATION OF DISMISSAL WITH PREJUDICE**. Said document was served on the interested parties in this action as follows:

☒ **By Electronic Filing:** I am familiar with the United States District Court, Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed on the below <u>Service List</u> were served.

Executed on November 1, 2019, at Los Angeles, California.

                /s/ Dia Alessi
                Dia Alessi

# SERVICE LIST

Counsel for Plaintiff Aaron Barton:

Elliot W. Gale, Esq.
Gale Angelo Johnson & Pruett, P.C.
1430 Blue Oaks Blvd, Suite 250
Roseville, CA 95747
Tel:	(916) 290-7778
Fax:	(916) 271-2767
Email: EGale@GAJPLaw.com