**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Hilary F. Korman (admitted *pro hac vice*)
hkorman@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone:    212.885.5000
Facsimile:    212.885.5001

*Attorneys for Defendant*
MONETARY MANAGEMENT OF
CALIFORNIA, INC. dba MONEY MART

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AARON BARTON,<br><br>                Plaintiff,<br><br>v.<br><br>MONEYMART, MONETARY MANAGEMENT OF CALIFORNIA, INC. AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>                Defendants. | Case No. 2:18-CV-00975-MCE-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>*Assigned to:*<br>District Judge Morrison C. England, Jr.<br>*Referred to:*<br>Magistrate Judge Kendall J. Newman |

Plaintiff Aaron Barton and Defendant Monetary Management of California, Inc. dba Money Mart, by and through their undersigned counsel, stipulate to dismiss this matter in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own costs and attorneys' fees.

**GALE ANGELO JOHNSON & PRUETT, P.C.**

By: */s/ Elliot W. Gale*
(as authorized on November 1, 2019)
Elliot W. Gale
*Attorneys for Plaintiff*
AARON BARTON

Dated: November 1, 2019

**BLANK ROME LLP**

By: */s/ Ana Tagvoryan*
Ana Tagvoryan
Hilary F. Korman
*Attorneys for Defendant*
MONETARY MANAGEMENT OF
CALIFORNIA, INC. dba MONEY MART

### ORDER (L.R. 143)

Pursuant to stipulation, IT IS HEREBY ORDERED that this matter be DISMISSED with prejudice, with each party to bear their own fees and costs. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**Dated: November 4, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE